**ORIGINAL**

FILED

10/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0609

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0609

STEVEN GENE JOHNSON,

Petitioner,

v.

SGT. BRADLEY BRAGG,
Lewis and Clark County Detention Center,

Respondent.

ORDER

FILED

OCT 3 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Steven Gene Johnson petitions this Court for habeas corpus relief relative to his custody in the Lewis and Clark County Jail. As his basis for claiming entitlement to habeas corpus relief, Johnson states:

STRAIGHT DEFENCE [sic]
PRO-SEY [sic] DEFENDANT
STEVEN GENE JOHNSON

We secured copies of the register of actions and the latest entry. On October 3, 2023, the Lewis and Clark County District Court held an arraignment for Johnson who had counsel to represent him. The entry reflects that Johnson refused to be represented by counsel from the Office of Public Defender and that he wanted to represent himself. The court set dates for further proceedings.

Johnson has not presented a prima facie case for habeas corpus relief. Johnson, as a Petitioner here, "has the burden of proof or the burden of persuasion." *In re Hart*, 178 Mont. 235, 249, 583 P.2d 411, 419 (1978). He has not met his burden. Johnson has not demonstrated any proof of "the violation, deprivation, infringement, or denial of his constitutional, statutory, or legal rights generally[.]" *Hart*, 178 Mont. at 250, 583 P.2d at

419. Johnson's request to represent himself is a matter for the District Court, not this Court to entertain.

Johnson should refrain from filing pleadings on his own behalf in this Court while he is represented by counsel. M. R. App. P. 10(1)(c). *See also State v. Samples,* 2005 MT 210, ¶ 15, 328 Mont. 242, 119 P.3d 1191 (This Court observed "that a district court may refuse to accept *pro se* motions from defendants who are adequately represented by counsel.").

Johnson has not demonstrated illegal incarceration or restraint. Section 46-22-101(1), MCA. Accordingly,

IT IS ORDERED that Johnson's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that the Clerk of the Supreme Court shall CLOSE this case as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Kathy Seeley, District Court Judge; Angie Sparks, Clerk of District Court, under Cause no. CDC 2023465; Kathleen Jensen, Lewis and Clark County Deputy Attorney; Suzanne Seburn, Defense Counsel; Sgt. Bradley Bragg, LCCDC; counsel of record, and Steven Gene Johnson personally.

DATED this 31st day of October, 2023.

2

_____

_____
Justices